**Gary G. WICKHAM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 69755.**

Missouri Court of Appeals,
Western District.

Aug. 25, 2009.

Mark A. Grothoff, Columbia, MO, for appellant.

Shaun J. Mackelprang and Daniel N. McPherson, Jefferson City, MO, for respondent.

Before ALOK AHUJA, P.J., JAMES M. SMART, JR., and LISA WHITE HARDWICK, JJ.

### *Order*

PER CURIAM:

Gary Wickham appeals the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. Affirmed. Rule 84.16(b).